GARY M. RESTAINO
United States Attorney
District of Arizona

| ✓ FILED | ____ LODGED |
|---|---|
| ____ RECEIVED | ____ COPY |

AUG 1 2 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PAUL V. STEARNS
Arizona Bar No. 029528
Assistant U.S. Attorneys
123 N. San Francisco St., Suite 410
Flagstaff, Arizona 86001
Telephone: (928) 556-0833
Facsimile: (928) 556-0759
paul.stearns@usdoj.gov
*Attorneys for the Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | Case No.: CR-24-08084-01-PCT-CDB |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 18 U.S.C. §§ 7 and 113(a)(4) (Assault by Striking, Beating, and Wounding – Class A Misdemeanor) Counts 1 and 2 |
| Thomas John Sullivan, | |
| Defendant. | 38 C.F.R. § 1.218(a)(7) & (b) and 18 U.S.C. § 3571(b)(6) (Entering Veterans Affairs Property Under the Influence of Alcohol – Class B Misdemeanor) Count 3 |

THE UNITED STATES OF AMERICA CHARGES:

### COUNT 1

On or about April 14, 2024, in the District of Arizona, in Yavapai County, within the confines the Northern Arizona Veterans Affairs Health Care System campus in Prescott, Arizona, an area within the special maritime and territorial jurisdiction of the United States, the defendant, THOMAS JOHN SULLIVAN, did knowingly, intentionally, and recklessly assault C.M., a healthcare worker, by striking, beating, and wounding him, in violation of Title 18, United States Code, Sections 7 and 113(a)(4).

## COUNT 2

On or about April 14, 2024, in the District of Arizona, in Yavapai County, within the confines the Northern Arizona Veterans Affairs Health Care System campus in Prescott, Arizona, an area within the special maritime and territorial jurisdiction of the United States, the defendant, THOMAS JOHN SULLIVAN, did knowingly, intentionally, and recklessly assault M.M., a healthcare worker, by striking, beating, and wounding him, in violation of Title 18, United States Code, Sections 7 and 113(a)(4).

## COUNT 3

On or about April 14, 2024, in the District of Arizona, in Yavapai County, with the confines the Northern Arizona VA Health Care System campus in Prescott, Arizona, property that is under the charge and control of the Department of Veterans Affairs, the defendant, THOMAS JOHN SULLIVAN, did unlawfully enter the property under the influence of an alcoholic beverage, in violation of Title 38, Code of Federal Regulation, Sections 1.218(a)(7) and (b) and Title 18, United States Code, Section 3571(b)(6).

Date: August 12, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

PAUL V. STEARNS
Assistant U.S. Attorney

- 2 -